

EXHIBIT A

Luis Medrano (2)
Luis Medrano (2)
facebook
Search
Home
Profile
Account
Luis Medrano
Add as Friend
Send Message
Owner at Sizzle Miami
Went to Hialeah-Miami Lakes High School
Lives in Miami, Florida
In a relationship with Dwight Powell
Born on February 2
Wall
Info
Friends
In a relationship with
Dwight Powell
Friends (65)
Maria Medrano
Michael Miranda
Dalba Antrez
Kc Green
Rod B Martin
Zuri Chambers
Charles Ingram
Lashan Martin
Prairie View A & M
Anthony Johnson
Education and Work
Employers
Sizzle Miami
Owner · Nov 2002 to present
Nightclub owner/ promoter/ CIRCUIT PARTY PLANNER
Gibraltar Private Bank & Trust
Private Banker
High School
Hialeah-Miami Lakes High School
Arts and Entertainment
Music
sean360x
David Mensah
Sade
Y100 WANTS TO BRING
Television
Christopher Street TV
Activities and Interests
Other
Jonathon Lee: The Fashion Dancer, Black Men, Scott Davis Photos, Festival Vallenato en La Gran Naranja, Chef Papi Perez Fan Page, Personal Trainer - DLF Fitness, Ty Lattimore, SUMMER SIZZLE BRITISH VIRGIN ISLANDS, SIZZLE MIAMI INC, papi underwear, 4Midtown, Facebook for Android, DJ ZOG, Enrique Santos, Nail Bar and 1 more
Basic Information
Sponsored
Create an Ad
Get paid. Everywhere.
squareup.com
Grow your business today! Accept credit cards on your iPhone, iPad, or Android. Free app & card reader. No commitments.
Become a CIA Agent
criminaljusticedepartment.org
Train for an exciting new career in the CIA! Finish in 18-24 months. Financial Aid. Flexible schedule. Learn more here!
Online Sales Appointments
timetrade.com
30% close rate increase - 40% shorter selling time. "Schedule a 15 Minute Call" button in email or website. Try it free.
Online MBA at FIU
fiu.edu
FIU
$10,000
MBA Tuition Grants
$10,000 scholarships available. Earn your MBA in 18-months from Florida Intl University. No GMAT required. 100% online. Free info
Done
February 23 2011

### SATURDAY 29th MAY
### SIZZLEVILLAGE OPEN 9:00AM - 2:00PM

///*Sizzle Village / Terrace or Ground Level / Hyatt Regency Miami* - 400 SE 2nd Ave., Miami Fl.

Be sure to visit The Sizzle 2010 Party Central Headquarters. Get all of the latest information on activities and events during the week. At the SizzleVillage, you can buy stuff in our vendor marketplace, check email in our exclusive Sizzle Cyber Café, watch movies in our video lounge or just hangout in our lounge areas.

### GO SEE 11:30AM - 2:30PM
///Miami / Ft.Lauderdale / Aventura / Hollywood

Sizzle participants are encouraged to venture out and see the city of Miami and SouthBeach. There's a lot to see. And do.

### ONE MIGHTY LUAU VII 2:00PM - 8:00PM
///*Miami Historic Riverwalk Hyatt Regency Miami* / 400 SE 2nd Ave., Miami Fl.



Hosted by **Terrel Carter** and from **Model City, Zeric**.



SHOW STOPPING HOT SEXY BODY CONTEST



Hot Sexy Body Contest Hosted By:
SIZZLE / PNP / FLAVAMEN

The atmosphere is absolutely captivating - One of the most anticipated daytime event of the entire week, our Sizzling Luau is a sure crowd pleaser. Featuring entertainment from authentic Hawaii drummers and fire dancers, a show stopping swimwear fashion show starring Emmanuel and the Men of Sizzle a head-turning hot body contest, great food, drinks, music and the liveliest crowd taking in the greatest bay views Miami has to offer. You'll meet and greet other visitors from around the world while taking in the scenic historic Miami River. $15 Before 3:30PM $20 After.

### JUBILEE: At The Palace 10:30PM - 06:00AM
///THE ICEPALACE STUDIOS / 59 NW 14th Street, Miami



We're about to take on our biggest challenge to date - But what's a Sizzle Experience without a major challenge? We look forward to them. After-all,

BREAKING NEWS: OFFICIAL SIZZLE 2010 EVENTS LINE-UP / CAN YOU KEEP UP

BREAKING NEWS: OFFICIAL SIZZLE ...

EXHIBIT B - 2

STARRING 2010 FACE OF SIZZLE EMMANUEL:

Done

February 16 2011

EXHIBIT B - 3

Transferring data from www.sizzlemiami.com...

February 15 2011

EXHIBIT C - 1
Experience It!
SIZZLE
memorialdayweekend
The World Will Convene In
Sunny, Miami Florida When We
Celebrate 10 Years of Sizzle Miami
May 26th - May 31st, 2011
America's most celebrated and anticipated urban gay event where
party-seekers from around the world come celebrating life, pride & liberty!

HISTORY SIZZLE TIMELINE

EXHIBIT C - 2

02

2002: The event that we know today started as a one day party called Sex On The Beach. This was a great party in Miami/Ft. Lauderdale on major holiday weekends.

03

2003: During the Memorial Day Weekend, party promoter Dwight Powell organized a 3-day party weekend that began on Friday and went thru Sunday. The Sex On The Beach name was dropped and changed to Sizzle Miami. This was a huge event that was attended mostly by locals in the South Florida area.

04

2004: After a successful 2003, word spread like wildfire about the sexy circuit parties in Miami during the Memorial Day Weekend. Organizers of the event then began to plan a 5-day party weekend with the Sheraton Biscayne being the host hotel. Ground transportation, air transportation and shuttle buses to all events were added to the line-up. Sizzle Miami became the first to offer four different types of VIP passes – tailored to be the needs of all participants. These quickly became the most sought after commodities as participants tried to avoid the long lines of other party seekers. As a result of fierce marketing and promotions nationwide, Sizzle 2004 doubled in size from the previous year. Recognized by the Greater Miami Conventions & Visitors Bureau, Sizzle Miami was on its way to becoming America's most anticipated and celebrated party event for men. This was the year that truly put Sizzle Miami on the map and became recognized as the best planned and executed event for gay men nationwide.

SIZZLE
memorial day weekend
miami
WELCOME TO
SIZZLE 2004
MIAMI

EXHIBIT C-4

Transferring data from www.sizzlemiami.com...

February 15 2011

EXHIBIT C - 6





EXHIBIT D - 2

The Sizzle Promise™

You've waited all year for this. A lot of you have even decided to use your vacation time just to come to Sizzle. Know that we are very sensitive to that. Trust us when we say, you won't be disappointed. We've assembled some of the nation's sexiest entertainment and have acquired five of Miami's hottest venues. At Sizzle, we don't limit our potential. You deserve the best that your hard earned dollar can buy... and we will always do our part to give you your money's worth. We stand behind the saying, "YOU GET WHAT YOU PAY FOR". That's our Sizzle promise to you.

EXHIBIT E
Baby Star
Hot Sexy Body Contest Hosted By:
SIZZLE
PAPI COCK .com
FLAVAMEN

EXHIBIT F
eAngelo Jackson
Hot Sexy Body Contest Hosted By:
SIZZLE
PAPI COCK.com
FLAVAMEN