

# HISTORY SIZZLE TIMELINE

**EXHIBIT G - 2**

**2002:** The event that we know today started as one day party called Sex On The Beach. This was a great party held in Miami/Ft. Lauderdale on major holiday weekends.



**2003:** During the Memorial Day Weekend, party promoter Dwight Powell organized a 3-day party weekend that began on Friday and went thru Sunday. The S... attended mostly by locals in th... South Florida area



**2004:** After a successful 2003, word spread like wildfire about the sexy circuit parties in Miami during the Memorial Day Weekend. Organizers of the event then began to plan a 5-day party weekend with the Sheraton Biscayne being the host hotel. Ground transportation, air transportation and shuttle buses to all events were added to the line-up. Sizzle Miami became the first to offer four different types of VIP passes – tailored to be the needs of all participants. These quickly became the most sought after commodities as participants tried to avoid the long lines of other party seekers. As a result of fierce marketing and promotions nationwide, Sizzle 2004 doubled in size from the previous year. Recognized by the Greater Miami Conventions & Visitors Bureau, Sizzle Miami was on its way to becoming America's most anticipated and celebrated party event for men. This was the year that truly put Sizzle Miami on the map and because recognized as the best planned and executed event for gay men nationwide.

**EXHIBIT H**

**Xavier Vega**

Hot Sexy Body Contest Hosted By: SIZZLE PAPI FLAVAMEN



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = flava works
Search Results: Displaying 18 of 51 entries



*FlavaMen Magazine.*

|  |  |
|---|---|
| **Type of Work:** | Serial |
| **Registration Number / Date:** | TX0007220991 / 2010-08-04 |
| **Application Title:** | FlavaMen Magazine |
| **Title:** | FlavaMen Magazine. [Published: 2008-01-01. Issue: vol. 6, no. 2, Summer 2010] |
| **Serial Publication Year:** | 2008 |
| **Frequency:** | Quarterly. |
| **Copyright Claimant:** | Flava Works, Inc. Address: 2610 N Miami Ave, Suite B, Miami, FL, 33127, United States. |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Flava Works, Inc., employer for hire; Domicile: United States; Citizenship: United States. Authorship: collective work which may include text, editing, compilation, and contribution(s) in which copyright has been transferred to the claimant. |
| **Issues Registered:** | vol. 6, no. 2, Summer 2010. Created 2008; Pub. 2008-01-01. Reg. 2010-08-04; TX0007220991 |
| **Rights and Permissions:** | Phillip Bleicher, Flava Works, Inc., 2610 N Miami Ave, Suite B, Miami, FL, 33127, United States, (305) 438-9450, support@flavaworks.com |
| **Names:** | Flava Works, Inc. |



| **Save, Print and Email (Help Page)** |
|---|
| Select Download Format  Full Record   [Format for Print/Save] |
| Enter your email address:   [Email] |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page

**EXHIBIT I - 2**



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = flava works
Search Results: Displaying 20 of 51 entries

*FlavaMen Magazine.*

| | |
|---:|:---|
| **Type of Work:** | Serial |
| **Registration Number / Date:** | TX0007145781 / 2010-04-26 |
| **Application Title:** | FlavaMen Magazine |
| **Title:** | FlavaMen Magazine. [Published: 2009-04-01. Issue: vol. 5, no. 1, Spring 2009] |
| **Serial Publication Year:** | 2009 |
| **Frequency:** | Quarterly. |
| **Copyright Claimant:** | Flava Works, Inc. Address: 2610 N Miami Ave, Suite B, Miami, FL 33127, United States. |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Flava Works, Inc., employer for hire; Domicile: United States; Citizenship: United States. Authorship: collective work which may include text, editing, compilation, and contribution(s) in which copyright has been transferred to the claimant. |
| **Issues Registered:** | vol. 5, no. 1, Spring 2009. Created 2008; Pub. 2009-04-01. Regarding title information: On copy: No. 1. Reg. 2010-04-26; TX0007145781 |
| **Rights and Permissions:** | Phillip Bleicher, Flava Works, Inc., 2610 N Miami Ave, Suite B, Miami, FL, 33127, United States, (305) 438-9450, support@flavaworks.com |
| **Copyright Note:** | Regarding title information: On copy: No. 1. |
| **Names:** | Flava Works, Inc. |



Help   Search   History   Titles   Start Over

Case 1:11-cv-22817-KMM   Document 1-6   Entered on FLSD Docket 08/05/2011   Page 6 of 11

EXHIBIT I - 3



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = flavalife
Search Results: Displaying 2 of 2 entries



*FlavaLife : Black & Latino gay travel & entertainment guide.*

| | |
|---|---|
| **Type of Work:** | Serial |
| **Title:** | FlavaLife : Black & Latino gay travel & entertainment guide. |
| **Serial Publication Year:** | 2005 |
| **ISSN:** | 1557-2668 |
| **Description:** | print material. |
| **Frequency:** | Bimonthly. |
| **Description based on:** | Vol. 1, issue 2, Nov./Dec. 2005. |
| **Copyright Claimant:** | Flava Works, Inc. |
| **Issues Registered:** | v. 1, issue 2, Nov-Dec05. Created 2005; Pub. 2005-11-01; Reg. 2006-02-14; TX0006343508 |
| **Names:** | Flava Works, Inc. |



| Save, Print and Email (Help Page) ||
|---|---|
| Select Download Format  Full Record | Format for Print/Save |
| Enter your email address: | Email |

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = flava works
Search Results: Displaying 19 of 51 entries



*FlavaMen Magazine.*

| | |
|---|---|
| **Type of Work:** | Serial |
| **Registration Number / Date:** | TX0007145778 / 2010-04-26 |
| **Application Title:** | FlavaMen Magazine |
| **Title:** | FlavaMen Magazine. [Published: 2009-01-01. Issue: vol. 5, no. 1, Winter 2009] |
| **Serial Publication Year:** | 2009 |
| **Frequency:** | Quarterly. |
| **Copyright Claimant:** | Flava Works, Inc. Address: 2610 N Miami Ave, Suite B, Miami, FL 33127, United States. |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Flava Works, Inc., employer for hire; Domicile: United States; Citizenship: United States. Authorship: collective work which may include text, editing, compilation, and contribution(s) in which copyright has been transferred to the claimant. |
| **Issues Registered:** | vol. 5, no. 1, Winter 2009. Created 2008; Pub. 2009-01-01. Regarding title information: On copy: No. 4. Reg. 2010-04-26; TX0007145778 |
| **Rights and Permissions:** | Phillip Bleicher, Flava Works, Inc., 2610 N Miami Ave, Suite B, Miami, FL, 33127, United States, (305) 438-9450, support@flavaworks.com |
| **Copyright Note:** | Regarding title information: On copy: No. 4. |
| **Names:** | Flava Works, Inc. |



Help   Search   History   Titles   Start Over

**EXHIBIT I - 5**



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = flava works
Search Results: Displaying 20 of 51 entries



*FlavaMen Magazine.*

| | |
|---:|---|
| **Type of Work:** | Serial |
| **Registration Number / Date:** | TX0007145781 / 2010-04-26 |
| **Application Title:** | FlavaMen Magazine |
| **Title:** | FlavaMen Magazine. [Published: 2009-04-01. Issue: vol. 5, no. 1, Spring 2009] |
| **Serial Publication Year:** | 2009 |
| **Frequency:** | Quarterly. |
| **Copyright Claimant:** | Flava Works, Inc. Address: 2610 N Miami Ave, Suite B, Miami, FL 33127, United States. |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Flava Works, Inc., employer for hire; Domicile: United States; Citizenship: United States. Authorship: collective work which may include text, editing, compilation, and contribution(s) in which copyright has been transferred to the claimant. |
| **Issues Registered:** | vol. 5, no. 1, Spring 2009. Created 2008; Pub. 2009-04-01. Regarding title information: On copy: No. 1. Reg. 2010-04-26; TX0007145781 |
| **Rights and Permissions:** | Phillip Bleicher, Flava Works, Inc., 2610 N Miami Ave, Suite B, Miami, FL, 33127, United States, (305) 438-9450, support@flavaworks.com |
| **Copyright Note:** | Regarding title information: On copy: No. 1. |
| **Names:** | Flava Works, Inc. |



| Save, Print and Email (Help Page) |
|---|
| Select Download Format   Full Record   [Format for Print/Save] |
| Enter your email address:   [Email] |

Help   Search   History   Titles   Start Over

**EXHIBIT I - 6**



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = flavalife
Search Results: Displaying 2 of 2 entries



*FlavaLife : Black & Latino gay travel & entertainment guide.*

|  |  |
|---:|:---|
| **Type of Work:** | Serial |
| **Title:** | FlavaLife : Black & Latino gay travel & entertainment guide. |
| **Serial Publication Year:** | 2005 |
| **ISSN:** | 1557-2668 |
| **Description:** | print material. |
| **Frequency:** | Bimonthly. |
| **Description based on:** | Vol. 1, issue 2, Nov./Dec. 2005. |
| **Copyright Claimant:** | Flava Works, Inc. |
| **Issues Registered:** | v. 1, issue 2, Nov-Dec05. Created 2005; Pub. 2005-11-01; Reg. 2006-02-14; TX0006343508 |
| **Names:** | Flava Works, Inc. |



| Save, Print and Email (Help Page) |
|---|
| Select Download Format   Full Record    [Format for Print/Save] |
| Enter your email address:    [Email] |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page



**EXHIBIT I - 7**

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = lukebaby
Search Results: Displaying 1 of 1 entries



*Flava Men 2005 calendar*

        **Type of Work:** Text
**Registration Number / Date:** TX0006068975 / 2004-10-25
                    **Title:** Flava Men 2005 calendar
     **Copyright Claimant:** Lukebaby Productions, Inc.
       **Date of Creation:** 2004
   **Date of Publication:** 2004-09-01
                 **Names:** Lukebaby Productions, Inc.



| Save, Print and Email (**Help Page**) ||
|---|---|
| Select Download Format Full Record | Format for Print/Save |
| Enter your email address: | Email |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page



**EXHIBIT I - 8**

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = flava works
Search Results: Displaying 19 of 51 entries



*FlavaMen Magazine.*

|   |   |
|---|---|
| **Type of Work:** | Serial |
| **Registration Number / Date:** | TX0007145778 / 2010-04-26 |
| **Application Title:** | FlavaMen Magazine |
| **Title:** | FlavaMen Magazine. [Published: 2009-01-01. Issue: vol. 5, no. 1, Winter 2009] |
| **Serial Publication Year:** | 2009 |
| **Frequency:** | Quarterly. |
| **Copyright Claimant:** | Flava Works, Inc. Address: 2610 N Miami Ave, Suite B, Miami, FL 33127, United States. |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Flava Works, Inc., employer for hire; Domicile: United States; Citizenship: United States. Authorship: collective work which may include text, editing, compilation, and contribution(s) in which copyright has been transferred to the claimant. |
| **Issues Registered:** | vol. 5, no. 1, Winter 2009. Created 2008; Pub. 2009-01-01. Regarding title information: On copy: No. 4. Reg. 2010-04-26; TX0007145778 |
| **Rights and Permissions:** | Phillip Bleicher, Flava Works, Inc., 2610 N Miami Ave, Suite B, Miami, FL, 33127, United States, (305) 438-9450, support@flavaworks.com |
| **Copyright Note:** | Regarding title information: On copy: No. 4. |
| **Names:** | Flava Works, Inc. |



Save, Print and Email (Help Page)
Select Download Format  Full Record   Format for Print/Save
Enter your email address:                                    Email

Help   Search   History   Titles   Start Over