

 United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > Trademark Electronic Search System (TESS)

TESS was last updated on Fri Oct 8 04:06:29 EDT 2010

Please logout when you are done to release system resources allocated for you.

List At:   OR   Jump to record:   **Record 1 out of 38**

( Use the "Back" button of the Internet Browser to return to TESS)

# FLAVA WORKS

| | |
|---|---|
| **Word Mark** | FLAVA WORKS |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Digital media, namely, pre-recorded CDs, video tapes, laser disks, DVDs, high definition digital disks, downloadable video recordings and streaming video featuring men's lifestyles and adult entertainment. FIRST USE: 20040101. FIRST USE IN COMMERCE: 20040101 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85086562 |
| **Filing Date** | July 16, 2010 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Owner** | (APPLICANT) Flava Works, Inc. CORPORATION FLORIDA 2610 N. Miami Ave. Miami FLORIDA 33127 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Thu Oct 7 04:05:47 EDT 2010*

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST] [NEXT LIST]
[FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At:   OR   [Jump] to record:   **Record 1 out of 3**

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status]   *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | FLAVA WORKS |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Digital media, namely, pre-recorded CDs, video tapes, laser disks, DVDs, high definition digital disks, downloadable video recordings and streaming video featuring men's lifestyles and adult entertainment. FIRST USE: 20040101. FIRST USE IN COMMERCE: 20040101 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85086562 |
| **Filing Date** | July 16, 2010 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Owner** | (APPLICANT) Flava Works, Inc. CORPORATION FLORIDA 2610 N. Miami Ave. Miami FLORIDA 33127 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [TOP] [HELP] [PREV LIST] [CURR LIST] [NEXT LIST]
[FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Thu Oct 7 04:05:47 EDT 2010*

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST] [NEXT LIST]
[FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At:　　OR　[Jump] to record:　　**Record 1 out of 2**

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status] **( Use the "Back" button of the Internet Browser to return to TESS)**



| | |
|---|---|
| **Word Mark** | PAPICOCK.COM |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Digital media, namely, a series of pre-recorded CDs, video tapes, laser disks, DVDs, high definition digital disks, downloadable video recordings and streaming video featuring men's lifestyles and adult entertainment. FIRST USE: 20031014. FIRST USE IN COMMERCE: 20031014 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 02.11.25 - Blood vessels, human; Brain, human; Buttocks, human; Human, other parts of the body; Intestines, human; Lungs, human; Nerves, human; Nose, human; Spine, human; Tongue, human |
| **Serial Number** | 77914926 |
| **Filing Date** | January 19, 2010 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Owner** | (APPLICANT) Flava Works, Inc. CORPORATION FLORIDA 2610 N. Miami Ave Miami FLORIDA 33127 |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "PAPI OR .COM" APART FROM THE MARK AS SHOWN |
| **Description of Mark** | The color(s) yellow and red is/are claimed as a feature of the mark. The mark consists of The mark consists of a stylized drawing of a red penis over which the word PAPICOCK.COM is displayed made up of red letters that have a yellow outline. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

TESS was last updated on Fri Oct 8 04:06:29 EDT 2010

Please logout when you are done to release system resources allocated for you.

List At:   OR   to record:   **Record 24 out of 38**

( Use the "Back" button of the Internet Browser to return to TESS)

# PAPICOCK

| | |
|---|---|
| **Word Mark** | PAPICOCK |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Digital media, namely, a series of pre-recorded CDs, video tapes, laser disks, DVDs, high definition digital disks, downloadable video recordings and streaming video featuring men's lifestyles and adult entertainment. FIRST USE: 20031014. FIRST USE IN COMMERCE: 20031014 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 77910877 |
| **Filing Date** | January 13, 2010 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Owner** | (APPLICANT) Flava Works, Inc. CORPORATION FLORIDA 2610 N. Miami Ave Miami FLORIDA 33127 |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "PAPI" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

EXHIBIT K - 5

 United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Thu Oct 7 04:05:47 EDT 2010

Please logout when you are done to release system resources allocated for you.

List At:　OR　to record:　**Record 10 out of 18**

( Use the "Back" button of the Internet Browser to return to TESS)



| | |
|---|---|
| **Word Mark** | THUGBOY |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Digital media, namely, a series of pre-recorded CDs, video tapes, laser disks, DVDs, high definition digital disks, downloadable video recordings and streaming video featuring men's lifestyles and adult entertainment. FIRST USE: 20010122. FIRST USE IN COMMERCE: 20010301 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 02.11.07 - Arms; Fingers; Hands; Human hands, fingers, arms |
| **Serial Number** | 77915525 |
| **Filing Date** | January 20, 2010 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | June 1, 2010 |
| **Owner** | (APPLICANT) **Flava Works**, Inc. CORPORATION FLORIDA 2610 N. Miami Ave Miami FLORIDA 33127 |
| **Description of Mark** | The color(s) brown, white and light brown is/are claimed as a feature of the mark. The mark consists of the word "THUGBOY" written in graffiti style letters that are brown with a white outline over a sideways clenched right fist design outlined in black, containing two shades of light brown and a white thumbnail. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

TESS was last updated on Thu Oct 7 04:05:47 EDT 2010

List At:　OR　to record:　**Record 9 out of 18**

( Use the "Back" button of the Internet Browser to return to TESS)

# THUGBOY

| | |
|---|---|
| **Word Mark** | THUGBOY |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Digital media, namely, a series of pre-recorded CDs, video tapes, laser disks, DVDs, high definition digital disks, downloadable video recordings and streaming video featuring men's lifestyles and adult entertainment. FIRST USE: 20010122. FIRST USE IN COMMERCE: 20010301 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 77919166 |
| **Filing Date** | January 25, 2010 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | June 1, 2010 |
| **Owner** | (APPLICANT) **Flava Works**, Inc. CORPORATION FLORIDA 2610 N. Miami Ave Miami FLORIDA 33127 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

TESS was last updated on Thu Sep 23 04:06:28 EDT 2010



Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

( Use the "Back" button of the Internet Browser to return to TESS)

# FLAVA MEN

| | |
|---|---|
| **Word Mark** | FLAVA MEN |
| **Goods and Services** | IC 016. US 002 005 022 023 029 037 038 050. G & S: Monthly men's entertainment magazine featuring pictures and text. FIRST USE: 20040601. FIRST USE IN COMMERCE: 20040801 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 76609587 |
| **Filing Date** | August 30, 2004 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | September 20, 2005 |
| **Registration Number** | 3025813 |
| **Registration Date** | December 13, 2005 |
| **Owner** | (REGISTRANT) LUKEBABY PRODUCTIONS, INC. CORPORATION ILLINOIS 40 East Chicago Street, Suite 162 Chicago ILLINOIS 60611 |
| | (LAST LISTED OWNER) FLAVA WORKS, INC. CORPORATION FLORIDA 2610 NORTH MIAMI AVE. MIAMI FLORIDA 331274438 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Havona Madama |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "MEN" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |





COME SEE WHAT THE FUSS IS ALL ABOUT!™

Founded in 2002, Sizzle Miami is now the nation's most exciting and celebrated gay event during the Memorial Day weekend. For five (5) days beginning on Thursday, May 26th, party seekers from around the world will convene in sunny Miami, Florida celebrating life, pride & liberty.

Why Miami? Well Miami is unlike any other city in the United States. Its a city in the making, unpredictable, everchanging, and simultaneously laid-back. Residents and tourists alike consider Miami a lush, exotic paradise and smorgasbord of style, substance, and flare. Furthermore, Miami has proven to be extremely open and accepting of all cultures, ethnicity and sexual orientations.

Attendees experience the pulsating nightlife and beaches of Miami from dusk til dawn. They swirl around lakes, waterways, inlets, harbors, marinas and the historic Miami River. Miami is a fragrant spicy bouillabaisse that discover and savor. The Paddle, sail, visit museums, shop i style, rent a convertible, drop the top, clip on sunglasses, be a celebrity and live life Miami-style.

Our friendly residents of south Florida invite you to be a part of Sizzle 2011, the largest African-American and Latino gay event to hit the Southeast coast.

Each year Sizzle Miami partners with local HIV/AIDS agencies. In the United States, the impact of HIV and AIDS in the African-American and Latino communities is devastating. You may know that HIV/ AIDS is the second leading cause of death among adults 25-44.

**EXHIBIT L - 3**

## ATTENDANCE (Men-98%)

| | | |
|---|---|---|
| Sizzle 2003.................................. 6,500 | ..........Peek Night Attendance(Saturday) | ..............................1,500 |
| Sizzle 2004.................................. 9,000 | ..........Peek Night Attendance(Saturday) | ..............................2,315 |
| Sizzle 2005.................................. 10,000 | ..........Peek Night Attendance(Saturday) | ..............................2,700 |
| Sizzle 2006.................................. 11,000 | ..........Peek Night Attendance(Saturday) | ..............................3,300 |
| Sizzle 2007.................................. 13,000 | ..........Peek Night Attendance(Saturday) | ..............................4,500 |
| Sizzle 2008..................................15,500 | ..........Peek Night Attendance(Saturday) | ..............................5,500 |
| Sizzle 2009..................................14,500 | ..........Peek Night Attendance(Saturday) | ..............................5,100 |
| Sizzle 2010..................................15,000 | ..........Peek Night Attendance(Saturday) | ..............................5,600 |



### 2011 NATIONAL EVENT ADVERTISING CAMPAIGN

**NATIONAL TV AD BUYS:**
30 second spots on LOGO, BRAVO and BET

**NATIONAL PRINT MEDIA BUYS:**
Ad Buys in the following National Publications: Clik Magazine, Swerv Magazine, Bleu Magazine, Urban Societies, Black Pride Resource Guide, Damron's Men's Travel Guide
# of Ads: 1 Primary Market: Nationwide Distribution

**LOCAL PRINT MEDIA BUYS:**
Mark's List, Hotspots and Wire Magazine

**WEB BLOG SUPPORTERS:**
Ads on The Skorpion Show, Love B Scott, Rod2.0, Do Dirty Radio Show, Gyant Unplugged, 3LWTV.com, Drama Dupree, What's the Tea, ADTV.com, Future Forward TV,

**NATIONAL PROMOTIONAL PARTNERS:**
White Party (Mia), Winter Party (Mia), Inferno DR, Tempted To Touch (Las Vegas), Fire Island Black Out, New York Heritage of Pride, Miami Beach Pride, and more than 20 other promotional partners nationwide.

**PAID INTERNET WEB BANNERS:**
adam4adam.com, manhunt.com, blackgaychat.com

**RADIO:**
Radio spots on local South Florida stations and Atlanta's V103 FM

## LINEUP OF EVENTS

Sizzle features 5 days of hot sexy day and night-time events. There are also day/ evening events and they are:

- Pool party
- Beach party
- Boat party
- Barbeque
- Elegant dinner/ jazz event
- Sizzling night events
- Comedy Show
- Film Series
- HIV Awareness & Prevention

There are 5 night events beginning on Thursday May 26th through Tuesday May 31st at various locations in Miami.



**SIZZLEMIAMI.COM TRAFFIC (2009-10):**
AVERAGE DAILY TRAFFIC

**EXHIBIT L - 4**

RECENT SIZZLE SPONSORS AND PARTNERS

 
 
 
    
     
     
     
    
    
    
   

# SIZZLE
## 2011 SPONSORSHIP LEVELS

| | PRESENTING SPONSOR $30000 | PLATINUM SPONSOR $20000 | GOLD SPONSOR $10000 | SILVER SPONSOR $5000 | BRONZE SPONSOR $2500 |
|---|---|---|---|---|---|
| Exclusive Event Title Sponsor (i.e. Bank of America presents Sizzle 2011) | X | | | | |
| Exclusive selected team of individuals to promote your products and/or services at events and host hotel | X | | | | |
| Exclusive website highlighting your brand product and/or services (i.e. www.sizzlemiami.com/BOA.html) | X | | | | |
| Major Display and/or Set-up Type of at Outdoor Luau and at host hotel | X | | | | |
| Fixed internet banner on our official www.sizzlemiami.com website Home & Event Page | X | | | | |
| Fixed internet banner on our official www.sizzlemiami.com website Event Page | X | X | | | |
| Your signage and/or product displayed in the Beach/Luau Party VIP Cabanas. | X | X | | | |
| A dedicated e-blast sent by Us to our Sizzle Miami e-mail list | X | X | | | |
| The opportunity to conduct an activity or interactive event that showcases Your Product | X | X | | | |
| Prominent placement of sponsor logo at all events | X | X | | | |
| Sponsorship logo on Sizzle 2011 T-shirts | X | X | | | |
| Prominent placement of sponsor logo on all event entrance tickets | X | X | | | |
| Host Event In Your Name | X | X | X | | |
| Logo, products, and web link in Sizzle bi-weekly email blasts | X | X | X | | |
| Your promotional items included in bags distributed at luau and at host hotel | X | X | X | | |
| Complimentary Display Table @ Host Hotel | ISLAND | 2 TABLES | TABLE | TABLE | |
| Ad size in official event guide (15,000 copies) | 4 | 2 | 1 1/2 | 1 | 1 |
| Prominent placement of sponsor logo/name on all promotional and printed material | LOGO | LOGO | LOGO | NAME | NAME |
| VIP passes to all official events | 10 | 6 | 4 | 2 | 1 |
| Event Access With VIP Passes | ALL | ALL | ALL | CLUBS | CLUBS |
| Recognized as a sponsor along with Sizzle Miami, Inc in all press releases and media announcements | X | X | X | X | X |
| Your promotional items included on distribution tables at luau AND at host hotel | X | X | X | X | X |
| Website acknowledgment and hyperlink. | X | X | X | X | X |

*Media Sponsorships are values at 75% of actual ad placement cost to you.*



## ATTENDEE ECONOMIC/ SOCIAL CHARACTERISTICS

- 90% are frequent travelers
- very socially active (i.e. dining out, theater, movies, clubs, etc)
- average income larger than the national average
- enjoys disposable income
- educated, most with college degrees
- work in professional fields
- socially active and influential
- event loyal (78% attend Sizzle Miami last year)
- buyers of high-ticket items (i.e. automobiles, electronics, real estate)
- beauty/ health and fitness conscious
- fashion conscious/ trendsetters
- BRAND LOYAL

### "TOP 10 GAY OUTDOOR EVENT"

-PlanetOut Inc. (Nasdaq: LGBTD - News), the leading media and entertainment company exclusively focused on the gay and lesbian market, list Sizzle Miami among other notable national events such as White Party and Winter Party, as one of the nation's top 10 gay outdoor events.



### GEOGRAPHIC ORIGIN OF SIZZLE PARTICIPANTS

- International 3%
- Other States (26) 11%
- Louisianna 2%
- North Carolina 2%
- Pennsylvania 2%
- Michigan 2%
- Virginia 3%
- Washington D.C. 3%
- Illinois 3%
- New Jersey 4%
- Texas 4%
- California 5%
- Maryland 5%
- New York 14%
- Georgia 16%
- Florida 20%

**NOTE: CHART BASED ON 2010 PARTICIPATION**

EXHIBIT L - 7





### PROMINENT SPONSOR SIGNAGE AVAILABLE:

**Sizzle Miami 2011 Luau**
Sizzle Signature day event.

**Miami Stage**
Sizzle Beach Party on sunny Biscayne Bay. Live entertainment, food, drinks, music.

**Sizzle 2011 Headquarters**
Located at the event host hotel visited by attendees at least two times a day.

**Sizzling Nightlife**
Five nights of hot action at some South Florida's sexiest nightclubs.

### CONTACT:

**Dwight Powell**
CEO / Owner
305-938-9612 (telephone)
305-938-9613 (fax)
305-528-7495 (cell)
**email:** dpowell@sizzlemiami.com
**website:** www.sizzlemiami.com
**address:** Platinum Planning Group
dba Sizzle Miami
3301 NE 1st Ave, Suite 1103
Miami, FL 33137-4167