EXHIBIT J - 1



*Experience It!*

SIZZLE

memorial day weekend

The World Will Convene in Sunny, Miami Florida When We

*Celebrate 10 Years of Sizzle Miami*
May 26th - May 31st, 2011

America's most celebrated and anticipated urban gay event where party-seekers from around the world come celebrating life, pride & liberty!

EXHIBIT J - 2



EXHIBIT J - 3



# .... *Experience It!*

Sizzle Miami, conceived in 2002 by Dwight Powell, has grown to become America's most celebrated and anticipated urban gay event. Party-seekers from around the world convene in sunny Miami, Florida celebrating life, pride & liberty!

Originally a one-day occurrence, Sizzle Miami has evolved into a 5-day smorgasbord of captivating daytime events, and pulsating nightlife.  The largest and most respected LGBT social gathering of the year, Sizzle Miami is hosted in an atmosphere unparallel to none during the Memorial Day Weekend

In 2011, the party kicks off on Thursday 26th May thru the morning of Tuesday 31st May.

If you're new to Sizzle, we suggest that you locate a veteran... quick! Sizzle is like no other weekend you've ever experience before. It's fast, hot and sexy. It's stocked with the hippest, liveliest crowds you'll ever party with at Miami's most popular venues. Sizzle features the Nation's hottest and most talented DJs and entertainment. So, don't feel bad if you're not able to keep up, we'll understand, you're a virgin.

For you veterans, you'll be elated about your decision to return. Get ready to experience the time of you life all over again.

EXHIBIT J - 4



# why miami?
## why miami?

Well, Miami is unlike any other city in the United States. It's a city in the making, unpredictable, ever changing, and simultaneously laid-back. Residents and tourists alike consider Miami a lush, exotic paradise, and a smorgasbord of style, substance, and flare. Furthermore, Miami has proven to be extremely open and accepting of all cultures, ethnicity and sexual orientations.

Come and experience the pulsating nightlife and beaches of Miami from dusk till dawn. Swirl around lakes, waterways, inlets, harbors, marinas and the historic Miami River. Miami is a fragrant spicy bouillabaisse for you to discover and savor. Paddle, sail, visit a museum, shop in style, rent a convertible, drop the top, slip on your sunglasses, be a

celebrity and live life Sizzle-style. Sway to the tropical rhythms and warm ocean breezes that are so much a part of this fabulous city by the sea.

EXHIBIT J - 5

the event
## the event

### Who Can Participate At Sizzle?

Sizzle is open to all men that love and adore men of color. Although Sizzle participants are mostly comprised of African-American and Latino men, all races are welcomed and encouraged to participate.

### Is Sizzle A Pride Event?

No we are not a pride in the traditional sense. We are about throwing the hottest, sexiest day and night events in the Nation. We don't offer workshops, however Health & Wellness seminars and outreach initiatives are offered by our community partners.

### How Old Do I Have To Be To Participate At Sizzle?

Well as long as you can give or take a... well never mind. All of our events are eighteen (18) to party and twenty-one (21) to drink at our exclusive nightclubs.

## THE HIGHLIGHTS

- Sizzling Nightclubs & Sexy Crowds
- All White R&B and Jazz Dinner Concert
- Sizzle Live Concert with R&B Artist
- Queens Of Comedy Showcase
- Sexy Yacht Party Boat
- Top-notch Accommodations
- The sexiest Urban Crowd in The World
- America's Leading LGBT Celebrities
- Sizzling Luau
- Haulover Beach Takeover
- Grown Folks Live
- Hyatt Live
- Sizzle Megga Fire Ball





**EXHIBIT J - 6**



EXHIBIT J - 7

# The Parties That Started It All

The event that we know today started out as a one-day bash held on major holiday weekends in 2002. Started by Clik and Bonjee Magazine publisher Dwight Powell, this must attend event was called Sex On The Beach. During the Memorial Day Weekend of 2003, Mr. Powell organized a 3-day party weekend, however, The Sex On The Beach name was dropped and changed to Sizzle Miami. Although extremely successful, the event was attended by mostly locals in the South Florida area. After that event, word began to spread like wildfire as partygoers and promoters soon started to chime in on the new sexy circuit party by the sea.

Months later, Mr. Powell set in motion plans for the new 3-day party weekend to be hosted at the Sheraton Biscayne Bay Hotel. It offered air and ground transportation, shut-








Sex On The Beach 2002









tle buses to all events, four different types of VIP passes that became the most sought after commodities, electrifying clubs, hype DJs, and stellar entertainment from across America. After unprecedented marketing and promotions nationwide, Sizzle 2004 doubled in size and became for many, the must attend event. In addition, as a result of the financial impact the event posed for the city, Sizzle Miami gain support and recognition from the Greater Miami Conventions & Visitors Bureau, and both the City of Miami and Miami-Dade County Mayor's offices. 2004 was the year that truly put Sizzle Miami on the map as it became widely accepted as the best planned and executed event for gay men of color nationwide. That achievement and trend continues to this day.

# HISTORY SIZZLE TIMELINE

## EXHIBIT J - 8



**2003:** The event that we know today started as a one day party called Sex On The Beach. This was a gay campground in Miami/Ft. Lauderdale on major holiday weekends.

**2003:** During the Memorial Day Weekend, party promoter Dwight Powell organized a 3-day party weekend that began on Friday and went thru Sunday. The Sex On The Beach name was dropped and changed to Sizzle Miami. This was a huge event that was attended mostly by locals in the South Florida area.

**2004:** After a successful 2003, word spread like wildfire about the sexy circuit parties in Miami during the Memorial Day Weekend. Organizers of the event then began to plan a 5-day party weekend with the Sheraton Biscayne being the host hotel. Ground transportation, air transportation and shuttle buses to all events were added to the line-up. Sizzle Miami became the first to offer four different types of VIP passes - tailored to be the needs of all participants. These quickly became the most sought after commodities as participants tried to avoid the long lines of other party seekers. As a result of fierce marketing and promotions nationwide, Sizzle 2004 doubled in size from the previous year. Recognized by the Greater Miami Conventions & Visitors Bureau, Sizzle Miami was on its way to becoming America's most anticipated and celebrated party event for men. This was the year that truly put Sizzle Miami on the map and because recognized as the best planned and executed event for gay men nationwide.

**EXHIBIT J - 9**

**2005:** The Sheraton hosted Sizzle Miami for the final time... holding on to the success of 2004. Instantly because the must attend... so much atmosphere, ambiance, sizzling energy and vibes experienced by participants at a gay outdoor event. That year Plant Out named Sizzle Miami one of America's top 30 Outdoor events among events such as White Party and Winter Party. That year, Beyonce made here first appearance at Sizzle partying with friends at Club Pure. This was a treat indeed for Sizzle participants. She returned in 2006, but could stay too long. That year, Sizzle Miami became well established for its high-end clubs and venues. Club Pure and Bongos became instant hits. At The end of Sizzle 2005, the hotel was demolished to make way from new condos. Sizzle was the last group to stay at the Hotel. Plant next on...





**2004:** Sizzle Miami moved next door to the 4-star Hyatt Regency Miami which previously served as the overflow hotel. This property didn't bring the same atmosphere as the Sheraton, but it comes close with its scenic views of picturesque Miami River. For the first time, both the Mayor of the City of Miami and the Mayor for Miami-Dade welcomed participants to Sizzle Miami. Sizzle Miami grew by 500% over 2004. This year, Sizzle surpassed all previous years as it showcased some of the top clubs in the country. Club Space, Metropolis, Bongos and Solo on the bay became tough acts to follow.

**2007** Sizzle Miami grew in size and dominated the streets of Miami during the Memorial Day Weekend. It appeared as if the entire downtown area belonged to Sizzle. From the participants that working the streets shopping to others cruising the streets in their convertibles taking in all that Miami has to offer. 2007 was also a year of a few firsts at Sizzle. First we hosted the True Queens of Comedy, a party of the hit original film "Queens of Comedy". However, ours came real close; we had true queens in the show and Sommore, one of the three comedians in the original film version. The show was a sensational hit and one of the highlights of the weekend. Another highlight was the execution of our Booze Cruise. Complete with palms, tiki huts, 3 bar areas, sand swept dance floor, cabana beds, sun loungers, and state of the art sound system. As with past years, the nightlife at the cities best clubs, and atmosphere at out host hotel, again proved to be the participant's favorites.

# EXHIBIT J - 10



**2008:** 2008 was absolutely amazing. With an increased attendance of almost thirty percent, Miami hosted the largest gay event ever in the city during the Memorial Day weekend. Guests were treated to a super new event at the Hyatt Regency Riverfront. The All White Grown & Sexy R&B/Jazz Dinner concert was the latest installation of stellar events hosted by Sizzle Miami, and was by far the highlight of 2008. Attendees were dazzled by the sultry voice of R&B sensation Keke Wyatt, along with the sexy, talented Octavious Terry and his band. The night events were nothing short of amazing. Despite a little rain on Saturday, the weekend was a success for organizers and attendees. For the first time in our eight year history, Sizzle hosted an event at Nocturnal Nightclub, one of downtown's premiere clubs next door to our Sunday night staple, Club Space. Without a doubt, Club Space is the most sought after venue ticket of the week, and with great reason.... The atmosphere and vibe are to die for. The longest party of the week, Sizzlers party at Club Space until sunrise.... Hence, the name of the party, SUNRISE. 2008 also saw the return of the sexy booze cruise and the True Queens of Comedy event staring the breakout comedian and actress Luenell from the box office hit "Borat".

**2009:** Many of you might remember that 2009 was a year when America, and the World as a matter of fact experience the most devastating financial disaster since the great depression of the 1920s. A trend that began in 2008, many had lost or faced the fares of loosing their jobs. The hotel industry plummeted, and banks and many other businesses were closing their doors left and right. Stressed and consumed with despair, Suzie 2009 proved to be the perfect vacation getaway for thousand of men seeking refuge, fun and relaxation. True to form, Sizzlers flocked to Miami in numbers that rivaled our largest attendee level of 2008. Headlined by legendary R&B/Dance diva Deborah Cox, Sizzle 2009 proved to be our best to date. The all-white R&B/Jazz concert was simply amazing while Club Space, Bongos and the other night hotspots as usual did not disappoint. Celebrity hip-hop artist Trina made a guest appearance at our Sizzling Luau with still too this day is one if the most talked about event of 2010.



**EXHIBIT J - 11**



We Hope You Enjoy Your Stay in Miami

MIAMI



I get tested because I want to *know my truth*.

# Where To Stay during Sizzle



### WHAT ARE THE HOST HOTELS FOR SIZZLE 2011?

All of the Sizzle hotels are located in downtown Miami. The **Hyatt Regency Miami** located at 400 SE 2nd Ave is the main host hotel. The overflow hotels, both located next door, are the **Epic Miami** and **Marriott Courtyard**.

### IS THERE A DEPOSIT REQUIRED TO HOLD MY ROOM?

Yes. You will be required to pay the first night rate plus taxes at the time of booking. The balance will be paid upon check-in at the hotel

### IS THIS DEPOSIT REFUNDABLE OR TRANSFERABLE?

Yes. Your deposit will be refunded should you cancel prior to January 1st, 2011. YOU WILL LOOSE YOUR DEPOSIT IF CANCELLED ON OR AFTER JANUARY 1ST 2011. Any amount paid on the room charges beyond the hotel one night deposit plus tax will be refunded. Your hotel room deposit is non-transferable.

### WHAT ARE THE FORMS OF PAYMENT TO SECURE MY ROOM?

To book a room online you will need a credit card. The card will be charged for the first night at the time of booking. You can also send a check or money-order to secure your room to our office at 3301 NE 1st Ave, Suite 1103, Miami FL 33137. Payments must be made to the order of Sizzle Miami Inc.

### IS THERE A MINIMUM STAY REQUIREMENT?

Yes, there is a 3-night minimum to stay at our hotels.

All hotel room bookings must be handled by our in house reservation's hotline only. You will need to call 305-938-9612 to make your hotel reservations or visit **www.sizzleshopping.com** to book online

The properties are TAG Approved. Travel Alternatives Group (TAG) Approved ® accommodations qualify by agreeing to not discriminate on the basis of sexual orientation in their employment practices, actively outreach to the gay & lesbian community, and strive to create a gay-friendly experience for their guests.

EXHIBIT J - 13

PROUD TO BE THE HOME OF SIZZLE MIAMI 2011

WHERE YOU'RE MORE THAN WELCOME







Indulge in the spirit of the "American Riviera" at Hyatt Regency Miami.



| HYATT REGENCY MIAMI (Main Hotel) | Rate Before 9/29/10 | Rate Before 10/13 | Rate After 10/31/10 |
|---|---|---|---|
| KING BDRM | $148 | $157 | $174 |
| KING+Roll-away BED | $156 | $166 | $184 |
| TWO QUEEN BEDS | $169 | $179 | $199 |
| PETITE SUITE | $203 | $215 | $239 |
| PANORAMA SUITE | $361 | $383 | $425 |
| VIP SUITE | $531 | $563 | $625 |

HYATT GOLD PASSPORT

*Rate Above Are Before 13% Taxes and Hotel Fees



At MIAMI CONVENTION CENTER

Reservations: www.sizzleshopping.com / 305-938-9612 / 400 SE 2nd Ave. Miami FL

We are a global hospitality company with widely recognized industry leading brands and a tradition of innovation developed over our more than fifty-year history. Our mission is to provide authentic hospitality by making a difference in the lives of the people we touch every day. We focus on this mission in pursuit of our goal of becoming the most preferred brand in each segment that we serve for our associates, guests, and owners. We support our mission and goal by adhering to a set of core values that characterizes our culture. |

**EXHIBIT J - 14**

# Downtown Miami's Premier Luxury Hotel
## PROUD TO BE ONE OF THE HOTELS OF SIZZLE MIAMI 2011







**a sparkling cosmopolitan destination on the bank of the Miami River where it meets Biscayne Bay.** An extraordinary urban resort that shows off the sun and sea for which Miami is so well-known, EPIC is also a stylish, soothing sanctuary. The best of Miami boutique hotels, and a destination in itself, our hotel redefines the Miami luxury hotel experience



| EPIC MIAMI HOTEL (Premium Hotel) | Rate* Before 5/31/10 | Rate* Before 6/1/10 | Rate* After 1/01/10 |
|---|---|---|---|
| DBL/SGL City View | $179 | $189 | $199 |
| DBL/SGL Water View | $189 | $199 | $209 |
| JR. SUITE City View | $229 | $246 | $259 |
| 1 BR SUITE - Water View | $305 | $360 | $379 |

*Rate above are before 13% Taxes and Hotel Fees.

E P I C
H O T E L
A KIMPTON HOTEL

**This Property Is Located Across The Street From The Hyatt Regency (Host Hotel)**

Reservations: www.sizzleshopping.com / 305-138-9612 / 270 Biscayne Blvd Way Miami FL

Guestrooms in our Miami boutique hotel feature calming earth tones accented with golden pumpkin and soft white in a fresh, clean contemporary design. Fine fabrics and custom furnishings add to a pampered experience. Evening turn-down service and Frette triple sheeting with luxurious throw blankets promise soothing sleep while the hydrotherapy air bath tubs in many of our rooms assure indulgent relaxation. The warm lighting in the room plays with the spectacular views of downtown Miami and Biscayne Bay and the brilliant Florida sunlight shining through sound absorbing floor-to-ceiling windows.

EXHIBIT J - 15

Enjoy the Miami breezes from your private balcony
PROUD TO BE ONE OF THE HOTELS OF SIZZLE MIAMI 2011







Stay productive with ergonomic workstations, high-speed internet access, two-line phones/voicemail. Enjoy the convenience of in-room mini-refrigerators and safes. 32" Flat screen televisions in each guest room. Enjoy the Miami breezes from your private balcony. Our newly renovated guest rooms feature crisp, cotton-rich bedding. Other in-room amenities include; cable TV with HBO, pay-per-view movies, in-room coffee.

| MARRIOTT COURTYARD MIAMI DOWNTOWN | Rate* Before 9/3/10 | Rate* Before 9/3/10 | Rate After 12/31/10 |
|---|---|---|---|
| KING REGULAR RM | $135 | $143 | $159 |
| KING PREMIERE RM | $144 | $152 | $169 |
| TWO QUEEN BEDS | $152 | $161 | $179 |
| EXEC SUITE (PAN) | $234 | $248 | $275 |

*Rate Above Are Before 13% Taxes and Hotel Fees



COURTYARD
Marriott

This Property Is Located Across The Street From The Hyatt Regency (Host Hotel)

Reservations: www.sizzleshopping.com / 305-938-9612 / 200 SE 2nd Ave, Miami FL

The Newly Renovated Courtyard by Marriott Miami Downtown features the latest, contemporary Courtyard hotel design and amenities. You'll find easy-to-use technology inspired dining, relaxing guest rooms and a sophisticated vibe. Located in the heart of Downtown Miami, the Courtyard by Marriott Miami Downtown puts you in the center of everywhere you need to be.

**EXHIBIT J - 16**

# Air/Ground Travel
## Information



### DO I NEED TO RENT A CAR?

Not necessary since we offer shuttle service to and from all of the events. Also, the hotels are conveniently located near the Metromover; a 4.4-mile automated "people mover" system that serves downtown Miami. But if this is your first time to Miami and you'd like to explore it and South Beach, renting a car would not be a bad idea.

### ARE THERE DISCOUNTS FOR AIR GROUND TRAVEL?

Discounted rates from Avis Car Rental and American-Airlines, the official ground and air providers of Sizzle Miami are available

For Ground Travel call Avis at 800-331-1600 and provide Avis Worldwide Discount (AWD) Number: J660074 or book online at www.avis.com

For air travel call American Airlines at 800-433-1790 and provide Promotion Code A7461BD or book online at www.aa.com. Remember to enter the Promotion Code to receive our discounts

### WHAT'S CAB FARE FROM THE MIAMI INTERNATIONAL AIRPORT TO THE HYATT REGENCY MIAMI?

The average cost is between $20-22 for a cab. Sizzle does not provide transportation from the airport.

### ARE THERE SHUTTLE BUSES FOR THE EVENTS?

YES—we provide shuttle service to and from all of the Official Events at $5 Each Way

The shuttles will run every 15 minutes from the start until the end of each event, every day and night. Please take advantage of this service especially if you're intoxicated.

### HOW MUCH DOES THE HOTELS CHARGE FOR PARKING?

The Hyatt Regency Miami does not have self parking. All vehicles must be valeted by the Hyatt staff. The hotel normally charges $30 per day with unlimited in and out privileges (Valet Only). The Marriott Courtyard has a limited amount of self-parking for their guest at the low rate of $15 per day with unlimited in and out privileges. Sizzle Miami Inc also lease parking space from the Bank of America tower located next to both hotels. This is the best option for guests staying at the Hyatt. The cost to park at the Bank of America Tower is $35 per day and had to be arranged in advance. In & Out privileges allowed at the Bank of America Tower. Visit http://www.sizzleshop-pictures? for more information





# VIP
# Club Express Cards

# EXHIBIT J - 18



### IS THERE A VIP CARD AVAILABLE TO THE EVENTS?
Since we consider all of our guests VIPs, we no longer refer to these cards as VIP cards. Therefore instead, they are called Sizzle Club Express Cards. These are prepaid cards that allow free admission to Sizzle night club events, and there's almost never a line. That's right baby, no waiting! Who doesn't like the sound of that! There are actually three cards. One is sure to suite your needs.

### WILL YOU MAIL THE CARDS TO US?
Yeah right. No, the cards will be held for you at the host hotel. This is to prevent any of the cards from getting lost in the mail.

### ARE THE CARDS SOLD DURING THE WEEK OF SIZZLE?
Not a chance in hell. By that time, all of the cards will be sold and printed with you name neatly printed on them. Call our office to inquire about card availability or visit us online.

### WHAT'S THE COST FOR THE CARDS?
Please see chart of cost below: Save Up to $90.00 when you purchase early

| CLUB EXPRESS CARDS | Price Before 3/2/10 | Price Before 3/2/11 | Price After 3/2/10 |
|---|---|---|---|
| Club Express 5 | $165 | $191 | $255 |
| Club Express 4 | $143 | $165 | $220 |
| Club Express 3 | $120 | $138 | $165 |

# ultimate
# Event Packages



All of our Ultimate Events Packages includes the following: Club Express Card w/ free Admission and Express Entrance, Sizzle Yacht Party, Sizzle Live Concert, Sizzling Luau, All White R&B/Jazz Dinner and a Free souvenir Sizzle T-Shirt.

These packages are for events only and do not include hotel. Please select your plan from the two payment options below:

**OPTION 1** PAY IN 5 MONTHS INSTALLEMENTS or
**OPTION 2** YOU CAN PAY NOW IN FULL AND RECEIVE AN INSTANT 25% DISCOUNT
**PLUS All Will Receive A $50.00 Sizzle VISA Gift Card Good To Use Anywhere Visa Is Accepted – All Payments Must Be completed by 4/01/11**

| HYATT REGENCY MIAMI (Main Hotel) | Five Months Payment Plan | Monthly Payment | Cash When You Pay In Full Now | Savings When You Pay In Full Now |
|---|---|---|---|---|
| 5-Day Party Of 1 | $520 | $104 | $390.00 | $130.00 |
| 5-Day Party of 2 | $1040 | $208 | $780.00 | $260.00 |
| 4-Day Party Of 1 | $485 | $97 | $363.75 | $121.25 |
| 4-Day Party of 2 | $970 | $194 | $727.50 | $242.50 |
| 3-Day Party of 1 | $450 | $90 | $337.50 | $112.50 |
| 3-Day Party of 2 | $900 | $180 | $675.00 | $225.00 |

* Savings Before $50.00 Sizzle Visa Gift Card

# MoreFAQ

ADVERTISEMENT

**EXHIBIT J - 19**



### WHAT'S THE WEATHER LIKE IN MIAMI AND DOES IT RAIN?

No it never rains in Miami. Well just kidding. Miami does get its' fair share of rain during the Memorial Day Weekend, however, it's infrequent and consists of very short durations. Our rain is normally followed by sun, sun and yes, more sun. The average high is 86 degrees and the low is 71 degrees. For you girls that like to flaunt the furs; not here baby!

### HOW FAR IS SOUTH BEACH FROM THE HOTELS?

The bridge to South Beach is just 5 minutes from the host hotels.

### HOW MUCH MONEY DO I NEED FOR EVENTS?

This is a very important question and here at Sizzle, we like to be upfront when it comes to cost and finances. It may not be a bad idea to bring your entire bank account. Well, just kidding, but know that. Sizzle isn't cheap and for good reason. Sizzle offers world-class venues and top-notch events. As you might image, to experience and have the best, you'll have to pay for it. Clubbing can range from $20-40 depending on the venue. Fortunately, we're not charging South Beach prices ($65+), but don't expect Sizzle events to cost less than $20.

### IF I AM STAYING ON SOUTH BEACH WHEN SHOULD I LEAVE TO GO TO A NIGHT EVENT?

First let me ask why the hell aren't you at the host hotels! For those that prefer to stray, we suggest that you leave no later than 10PM. The causeway (I-395) gets pretty backed-up during Memorial Day Weekend. Tens of Thousands of Hip-Hoppers make their way to glitzy South beach each night, it's truly a mess. So you can either spend your evening on the causeway or at one of our fabulous, Sizzling events. Just leave early! Because of the amount of people trying to get into our events, it's never too early to get to an event.

### ARE YOU USING THE SAME VENUES FOR THE NIGHTLY EVENTS?

You've got to be kidding! Who does that! None of our venues will be repeated during the week. Expect a new sexy club with sizzling entertainment and atmosphere every night.

### WHAT'S THERE TO DO IN THE DAYTIME?

There are literally thousands of things that you can get into in Miami – it's smorgasbord of entertainment and activities. Just say you're with Sizzle and you could get discounts.... or kicked out, LOL, depending on the venue. Our welcome packets at the host hotel will provide you with an array of things to do while here in Miami.

### WHERE ARE GOOD PLACES TO SHOP?

Next to sun bathing and beaching, shopping is a favorite for most of our Sizzlers. Like Lenox in Atlanta, Aventura Mall in Aventura is a perfect place to shop and be seen. For those of you that have much deeper pockets, Bal Harbour Shops is a must. See shopaventura.com and balharbourshops.com for more information and directions or as your hotel information desk.

### ARE THERE ANY CLOTHING OPTIONAL BEACHES?

I thought that you'd never ask. Yes there is actually. Haulover Beach Park provides sectioned areas were nude bathing and tanning is permitted. Located at 10800 Collins Ave., Haulover leaves little to the imagination.



EXHIBIT J - 20

SIZZLEMIAMI

The organizers reserve the right to record, both on film and audio tape, people who attend any Sizzle Miami events. No compensation, financial or otherwise will be offered. Absolutely no cameras are allowed @ Sizzle Miami events—including the Luau—All film and/or digital files will be confiscated if this rule is violated. Unless prior written permission is obtained from the organizers of Sizzle Miami, commercial enterprise on or around events is forbidden. Participation at any Sizzle Miami event is entirely at the risk of the persons attending. Persons behaving in an aggressive manner will be immediately ejected without reimbursement. You must be at least 18 years of age to participate in Sizzle Miami. Sizzle Miami is a drug-free, zero tolerance event. No drugs or illegal substance of any kind are allowed, permitted, or tolerated at any of our events. The organizers of this event reserve the right to refuse admission to any event at any time. The organizers reserve the right to change time, venues, and events of Sizzle Miami without prior notification.

*Experience It!*

# EXHIBIT J - 21

2010

SIZZLE 2010 PICTORIAL REVIEW



# EXHIBIT J - 22

## 2010

### SIZZLE 2010 PICTORIAL REVIEW



EXHIBIT J - 23



# EXHIBIT J - 24



2009

# EXHIBIT J - 25



EXHIBIT J - 26



2009

# EXHIBIT J - 27



EXHIBIT J - 28



# EXHIBIT J - 29



2007

EXHIBIT J-30



# EXHIBIT J - 31



EXHIBIT J - 32

2006












# EXHIBIT J - 33



EXHIBIT J - 34

# 2004-05

## SIZZLE 2004-05 PICTORIAL REVIEW



# EXHIBIT J - 35



# rules & regulations



EXHIBIT J - 36

**CANCELLATION POLICY FOR RENTALS / VIP CARD PURCHASES:**

After January 1st 2011, refund for the following purchases will not be valid if cancelled:
All VIP Cards, All Event Packages, All White R&B and Jazz Dinner Concert, Sizzle Live R&B Concert / Comedy Show and Yacht Cruise

Refund / Cancellation Policy For The Following Payments:
After January 1st 2011, refund for the following purchases will not be valid if cancelled:
- Shuttle Passes
- Parking Passes
- Program Advertisements
- Sponsorships
- Vendor Payments

**HOTEL CHECK-IN PROCEDURES:**

When you arrive at your hotel, you will bypass the front desk and go directly to check-in with the Sizzle Reservations Desk. Present the Sizzle associate with your drivers license, passport, or other government issued identification, and a form of payment for your room. You will be required to present the credit card used to reserve your room. Hotel balances will be due when you check in and can be paid with credit cards, money orders, cash, cashier's checks, and hotel gift cards & vouchers. PERSONAL & BUSINESS CHECKS WILL NOT BE ACCEPTED FOR FINAL PAYMENT OF YOUR ROOM STAY.

**ABOUT YOUR HOTEL DEPOSIT:**

As you know, at the time of booking you were required to pay a non-refundable deposit equal to the cost of your first night stay.

If you cancel after the cancellation deadline, your deposit will be lost. Any amount paid beyond the required deposit will be returned to you with-in two weeks of cancellation.

If you fail to cancel prior to the cancellation deadline or don't show up (aka no show) on the date that you gave us when you made the reservation, your deposit will be lost. Any amount paid beyond the 3-night minimum requirement will be returned to you with-in two weeks of cancellation.

**ROOM TRANSFERABILITY:**

Your room is non-transferable after booking. Absolutely no name changes are allowed.

**IF A MEMBER IN YOUR PARTY ARRIVES BEFORE YOU:**

If a person in your party will be arriving at the Hotel before you and wish to check-in, he/she will not be permitted to check into your room unless prior arrangements are requested and approved. To do this, you must first request to add this person to your reservation as a second primary occupant. When the second primary occupant arrives to the hotel, he/she will be required to pay for a single night stay, and then your keys will be released to him/her. Your initial deposit will then be applied to the subsequent night. When you arrive, you will have to still check-in with us even though your secondary party has a key to the room in order to continue the reservation. If you fail to show up, again your reservation for the remaining days will be cancelled, and the room key given prior to your secondary occupant will be blocked.

The secondary occupant will need to check-in again with the Sizzle Reservation Desk to initiate the process to become the primary room holder. This process will include room payment for the remaining nights that he/she will be staying at the hotel. Payments must be in the form of a credit card, money order, or cash. If there are deposits that exceed an amount equal to three nights stay, this amount will be returned to you the initial room occupant. THIS DEPOSIT WILL NOT BE APPLIED TO THE SECONDARY OCCUPANT'S STAY.

So if you know in advance that someone in your party will be arriving several hours prior to you, and will need to check in prior to your arrival, you will need to add that person to your reservation. THIS CAN NOT BE DONE OVER THE PHONE. You will need to send us an email from the email we have on file for you.

**HOTEL REGISTERED GUESTS:**

Hotel policy requires that all guests staying at the hotel be registered at the time of check-in. At the time of check-in, keys will be issues to all parties in your room. If a key is lost or damaged, only registered guests will be permitted to obtain a replacement.

**SIZZLE OFFICE OPERATIONS WEEK OF EVENT:**

Our office will be relocated to the hotel the morning of Wednesday 25th May. All calls will be forwarded there. For fastest service email us at mail@sizzle-...



**EXHIBIT J - 37**

*Official Swimwear & Activewear*

of Sizzle Miami 2011
www.andrewchristian.com

ANDREW CHRISTIAN

**HOTEL DEPOSITS/PAYMENTS:**

The payment/deposit you paid for your first night stay is being assigned to the check-in date that you provided to us. If you fail to check-in on that date without notifying us at least 72-hours prior, you will loose your deposit and your reservation will be cancelled. BECAUSE YOUR DEPOSIT IS NOT AUTOMATICALLY APPLIED TO THE SUBSEQUENT DATES, IT IS IMPORTANT THAT YOU INFORM US OF A CHECK-IN DATE CHANGE.

**HOTEL CHECK IN PROCEDURES:**

When you arrive at the hotel, you will first check-in with the Sizzle Reservations Department which will be located at the entrance of the hotel. Your room payment for your entire stay will be secured by the Sizzle Miami Reservations Department, not the hotel.

After payment is secured for your hotel stay, you will be give clearance to check-in with the hotel front desk where you will be given your room keys.

If you paid for your room in advance, you will still need to first check-in with the Sizzle Registration Department. The hotel will not check you in without clearance from us.

**FORMS OF PAYMENT:**

Visa, Master Card, Discover, American Express, Money-order, and Cash are valid forms of payment. Check will not be accepted as a form of payment.

**HOTEL INCIDENTAL CHARGES/HOLDS:**

When getting your room keys from the front desk, you will be give two options as it relates to incidental charges.

1. Option One - A hold of $50/stay will be issued to your credit card for incidental charges such as telephone charges, movie rental, premium TV charges, etc. If you don't have a credit card, you can pay cash for your incidental charges.
2. Option Two - No holds on your credit card. With this option you will not be able to charge anything to your room and your phone won't be turned on.

**EARLY CHECK-IN / CHECK-OUT:**

It's possible to check in a day or two earlier or check out later once we are notifies. The same nightly rate will apply however this has to be handled via our office.

**HOTEL CHECK-IN TIME:**

Hotel check-in begins at 3:00pm. However, if rooms are available, the hotel will allow you to check in earlier.

**HOTEL CHECK-OUT TIME:**

Hotel check-out time is 12:00pm. The Hotel will charge you for an additional day if you fail to check-out on time without calling to make a late check-out request. Late check-out request are not guaranteed.

**RESERVATION CHANGES:**

Prior to checking in, the hotel will not be able to assist you with making changes to your reservations. All changes must be communicated thru our office. Our company has a complete layout of the hotel, so their staff won't be able to assist you should you need assistance with your reservation. Always call 305-908-9612.

**HOUSE-KEEPING:**

We have instructed the hotel not to have house-keeping start before 11AM. You won't be disturbed before 11AM.

There will be a $4 surcharge per day per room (Hyatt Regency Miami Only). This will appear on your folio when you check-into the hotel.

Sizzle guests are encouraged to leave at your discretion additional tips for maid service. The hotel will collect this from you when you get your room keys.

**PORTAGE / BELL MAN:**

Portage charges may apply

**PARKING DETAILS:**

See Page 16

**CLUB EXPRESS CARDS & EVENT TICKETS MISC. INFO:**

Club Express Cards are available for pick-up from the hotel welcome centers each day beginning Thursday May 27th. The welcome center hours are from 11am - 10pm. Guests at the Marriott Courtyard and Epic Miami Hotel will have to walk over to the Hyatt to pick-up cards and tickets. If your flight gets in late (after 10pm), your Club Express card(s) and other purchases will be available for pick-up the following morning. Your name will be on the Club Express Card list at the clubs each night, so just remember to bring you driver's license if you aren't able to pick-up your card for any reason.

Unless prior arrangement is made and approved, Club Express Cards and other purchases can only be disbursed to the person in our system that made the initial purchase.

Club Express Cards and tickets for the Yacht Cruise, Sizzle Live R&B Concert and Comedy Show, Beachfest, Pool Party, and White Party will not be replaced if lost or stolen

Club Express Cards are not sold the week of the event - Cards normally sell out months prior.

If space is available, we will sell tickets to the Sizzle Live, Yacht Cruise and All White Gown and Sexy Affair the week of the event. These tickets sell fast, so we can't guarantee availability the week of the event.

If you made your purchase online for Club Express Cards, or any other event tickets, you will be required to bring the credit card used for the purchase(s) before items are disbursed to you. This does not apply to online payments made via Paypal at least 60 days prior to the event. Paypal payments are not accepted 60 days prior to the start of event.

EXHIBIT J - 38



3001 NE 1st Ave, Suite 1103
Miami Florida 33137
(305) 938-9612 Tel
305) 938-9603 fax

website: www.sizzlemiami.com
email: mail@sizzlemiami.com

Purchases & reservations:
www.sizzleshopping.com

Thursday May 26th - Tuesday May 31st, 2011

Sizzle Miami Inc. Is A Dwight Powell Production
All Photos Are The Property Of Sizzle Miami Inc
Appearing In This Publication Is No Indication
Of A Model's Sexuality

EXHILARATING • EXCITING • XTRAORDINARY



MEMORIAL DAY WEEKEND • MIAMI FLORIDA • 2011

## PLEASE SUPPORT OUR PARTNERS:

| | | |
|---|---|---|
| Alter-Ego Entertainment | http://www.alter-egoeventsandparties.com | Atlanta, GA |
| Altus's | http://www.altsus.org/ | Washington, DC |
| Body Boyz United | http://www.bodyboyzunited.com | Las Vegas, CA |
| Boi 2.0 | http://www.clubboi.com | Miami, FL |
| Dallas Southern Pride | http://www.dallassouthernpride.com | Dallas, TX |
| Dessert Heat Entertainment | http://www.temptedtouch4u.com | Las Vegas, CA |
| FAB's ATL | http://www.fabsatl.com | Atlanta, GA |
| Fire Island Black Out | http://www.fireislandblackout.com | New York |
| Gay Black Travel | http://www.gayblacktravel.com/ | USA |
| Houston Splash | http://www.houstonsplash.com | Houston, TX |
| Icon Media | http://www.houstonfirstfridays.com | Houston, TX |
| Inferno D/R | http://www.InfernoDR.com | International |
| Ivan Daniel Production | http://www.ivandanielproductions.com | Los Angeles |
| Hot Boys NYC | http://www.hotboysnyc.com | New York, NY |
| KK Party | http://www.kkparty.com | New York |
| Maine Event Productions | http://www.hotboysdetroit.com | Detroit, MI |
| Melodxan Production | http://www.doubleexposureml.com | Charlotte, NC |
| Mr. Situation Productions | http://mrsituation.com | Ft. Lauderdale, FL |
| Murray Entertainment | http://www.blpdallas.com | Dallas, TX |
| New York Gay Pride | http://www.nycpride.org | New York |
| Pride Index | http://www.prideindex.com/ | USA |
| Rail Marketing Group / Prophouse | http://www.railschi.net | Chicago, IL |
| Rockstar Productions | http://www.rockstarsproduction.com | Atlanta, GA |
| Rockhard Productions | http://www.myspace.com/rockhard519 | Cincinnati, OH |
| Reggie Thomas Parties | http://www.rtparties.com | Atlanta, GA |
| Southern Xplosion | http://www.southernxplosioncharlotte.com/ | Charlotte, NC |
| Strongarm Productions | http://www.strongarmdetroit.com/ | Detroit, MI |
| The Lions Den | http://www.thelionsdenatlanta.com | Atlanta, GA |
| The White Party | http://www.whitepartymiami.com | Miami, FL |
| The Winter Party | http://www.winterparty.com | Miami, FL |
| TRAXX Atlanta | http://www.traxxatlanta.com | Atlanta, GA |
| Urbano | http://www.urbanochicago.com/ | Chicago, IL |
| WhatsHisT.com | http://www.whatsthet.com | Atlanta, GA |
| Zen Biz Travel | http://www.zenbiztravel.com | USA |



**EXHIBIT J - 39**

SIZZLE MIAMI IS PROUDLY SUPPORTED BY:

   



Come & See What The Fuss Is All About!™

